**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ANGELA ASHLEY,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　Case No. 6:11-cv-1303-Orl-22KRS

**4 YOUR CHILD, INC.,**

        **Defendant.**
_____

## ORDER

This cause is before the Court on the Joint Motion for Approval of Settlement (Doc. No. 18) filed on December 6, 2011.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted in part.

After an independent *de novo* review of the record in this matter, including the Joint Notice of Non-Objection (Doc. No. 20), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation filed December 9, 2011 (Doc. No. 19) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Joint Motion for Approval of Settlement (Doc. No. 18) is GRANTED in part. The Court finds the settlement is a fair and reasonable resolution of a bona fide dispute over FLSA provisions.

3. Plaintiff's counsel is prohibited from withholding any portion of the $750.00 payable to Plaintiff under the agreement pursuant to a contingent fee agreement or otherwise.

4. Plaintiff's counsel shall provide a copy of this Order to Plaintiff.

5. This case is DISMISSED WITH PREJUDICE.

6. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on December 12, 2011.

Copies furnished to:

Counsel of Record

_____
ANNE C. CONWAY
United States District Judge